# McDonald & Rogers, LLC
## ATTORNEYS AT LAW

181 West High Street • Somerville, NJ 08876
TEL: 908.722.4100 • FAX: 908.722.7532
www.McDonaldRogersLaw.com

Michael J. Rogers
John P. McDonald
jmcdonald@McDonaldRogersLaw.com

March 9, 2010

Hon. Katharine S. Hayden, U.S.D.J.
United States Courthouse and Post Office Building
50 Walnut Street
Newark, NJ 07102

    Re:    *United States v. Lowson, et al*
              Crim. No. 10-114 (KSH)

Dear Judge Hayden:

    At the Court's direction, counsel for the defendants met with the Government and agreed to modify the bail conditions for all defendants as follows:

> "The defendants may have contact with one another but may not discuss the facts of the case with one another unless in the presence of counsel.."

    All counsel consented to this modification. Thank you for your kind attention to this matter. Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

McDonald & Rogers, LLC

By: John P. McDonald

cc:    All counsel of record via email.

It is so Ordered this _____ day of March, 2010

_____
Hon. Katharine S. Hayden, U.S.D.J.