UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 09-195 |
| KENNETH LOWSON,<br>    a/k/a "Money,"<br>KRISTOFER KIRSCH,<br>    a/k/a "Robert Woods,"<br>JOEL STEVENSON, and<br>FAISAL NAHDI | :<br><br>:<br><br>: | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Seth B. Kosto and Erez Liebermann, Assistant U.S. Attorneys), and defendants Kenneth Lowson, a/k/a "Money," (by Mark A. Rush, Esq.), Kristofer Kirsch, a/k/a "Robert Woods," (by John McDonald, Esq.), and Joel Stevenson (by John Yauch, Assistant Federal Public Defender) for an order setting a schedule for the proceedings in the above-captioned matter, and the defendants each being aware that they have the right to have the matter brought to trial within 70 days of the date of their before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as defendants have requested such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendants desire additional time to review the discovery made available by the United States pursuant to Fed. R. Crim. P. 16(a) and to prepare various pre-trial motions;

2. Defendants have consented to the aforementioned continuance;

3. No previous continuances have been entered since the Superceding Indictment was returned in this matter on or about April 20, 2010; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___12th___ day of May 2010

IT IS ORDERED that all pre-trial motions shall be filed by July 2, 2010, responses shall by filed by August 2, 2010, replies, if any, shall be filed by August 16, 2010, the argument of the motions and trial on the Superceding Indictment will occur on a date and at a time to be determined by the Court; and

IT IS FURTHER ORDERED that the period between the date of this order and August 16, 2010 be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

                                              HON. KATHARINE S. HAYDEN
                                              United States District Judge

CONSENTED AND AGREED TO:

SETH B. KOSTO
Assistant United States Attorney

MARK A. RUSH, ESQ.
Counsel to defendant LOWSON

JOHN McDONALD, ESQ.
Counsel to defendant KIRSCH

JOHN YAUCH
Assistant Federal Public Defender
Counsel to defendant STEVENSON

IT IS FURTHER ORDERED that the period between the date of this order and August 16, 2010 be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

---

HON. KATHARINE S. HAYDEN
United States District Judge

CONSENTED AND AGREED TO:

---

SETH B. KOSTO
Assistant United States Attorney

---

MARK A. RUSH, ESQ.
Counsel to defendant LOWSON

*/s/ John P. McDonald/*

---

JOHN McDONALD, ESQ.
Counsel to defendant KIRSCH

---

JOHN YAUCH
Assistant Federal Public Defender
Counsel to defendant STEVENSON

IT IS FURTHER ORDERED that the period between the date of this order and August 16, 2010 be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

---

HON. KATHARINE S. HAYDEN
United States District Judge

CONSENTED AND AGREED TO:

---

SETH B. KOSTO
Assistant United States Attorney

---

MARK A. RUSH, ESQ.
Counsel to defendant LOWSON

---

JOHN McDONALD, ESQ.
Counsel to defendant KIRSCH

---

JOHN YAUCH
Assistant Federal Public Defender
Counsel to defendant STEVENSON