August 17, 2010

Mark A. Rush
D 412.355.8333
F 412.355.6501
mark.rush@klgates.com

Hon. Katharine S. Hayden
United States District Court Judge
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

Re: *United States v. Lowson, et.al.*
    Crim. No. 10-114 (KSH)

Dear Judge Hayden:

    Counsel for Defendants respectfully request that this Court accepts reply briefs in excess of the page limitation set by Local Rule of Civil Procedure 7.2, and incorporated into the Local Rules of Criminal Procedure by Rule 1.1. Specifically, Defendants seek to file a Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss and a Reply Memorandum of Law in Further Support of Defendants' Motion to Suppress that are eighteen and sixteen pages in length, respectively.

    This case is unique and presents a number of complex legal issues. In fact, the complexity of these issues has already necessitated the filing of an amicus curiae brief and two lengthy response briefs from the Government, one totaling thirty-five pages and the other thirty pages. The Defendants have already reduced the length of their reply briefs several times and are unable to file conforming briefs without sacrificing clarity to the Court. Therefore, in order to adequately reply to the Governments' numerous arguments, the

Hon. Katharine S. Hayden
August 17, 2010
Page 2

Defendants request permission to exceed the page limitation set forth in the Court's Local Rules.

Respectfully Submitted,

/s/ Mark A. Rush
Mark A. Rush, Esq.
Andrew R. Stanton, Esq.
*Attorneys for Defendant Kenneth Lowson*

John H. Youch, Esq.
*Attorney for Defendant Joel Stevenson*

John P. McDonald, Esq.
*Attorney for Defendant Kristofer Kirsch*

cc: Josh Goldfoot
   Erez Lieberman
   Seth Kosto
   Rosemarie Guilloty

It is **SO ORDERED** this ___17___ day of August 17, 2010 that Defendants are hereby permitted to file reply briefs in excess of the page limitation set by the Local Rules of Criminal Procedure.

Hon. Katharine S. Hayden
United States District Court Judge