UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>KENNETH LOWSON,<br>a/k/a "Money,"<br>KRISTOFER KIRSCH,<br>a/k/a "Robert Woods,"<br>JOEL STEVENSON, AND<br>FAISAL NAHDI,<br><br>**Defendants** | Criminal No. 10-114 (KSH)<br><br>**ORDER** |

Defendants Lowson, Kirsch, and Stevenson having moved to dismiss [D.E 39] Superseding Indictment [D.E. 28]; the Court having read the submissions of counsel for the government, the defendants, and Amici [D.E. 41 Ex. 2]; and the Court having further heard from counsel at oral argument held September 27, 2010; and good cause appearing,

It is on this 12th day of October, 2010,

**ORDERED** that the motion of Electronic Frontier Foundation, the Association of Criminal Defense Lawyers of New Jersey, et al., to be heard as Amici Curiae is granted; and it is further

**ORDERED** that for the reasons expressed in the written opinion of the Court filed herewith, the defendants' motion to dismiss the Superseding Indictment is denied.

/s/  Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.