Mark Rush, Esq.
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4000
Fax: (973) 848-4001
*Attorneys for Kenneth Lowson*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-114 |
| Plaintiff, | |
| vs. | Honorable Katharine S. Hayden |
| KENNETH LOWSON, a/k/a "Money," KRISTOFER KIRSCH, a/k/a "Robert Woods," JOEL STEVENSON, and FAISAL NAHDI, | |
| Defendants. | **ELECTRONICALLY FILED** |

## ORDER OF COURT

AND NOW, to-wit, this 9th day of December 2010, the Defendant's Motion for the Return of Family Members' Passports for Holiday Travel is hereby GRANTED. Pre-Trial Services will be provided an itinerary for the travel and contact information for the family in Jakarta. Thereafter, Pre-Trial Services will arrange for the return of the passports and their collection at the conclusion of the travel.

SO ORDERED:

_____
Honorable Katharine S. Hayden
United States District Judge

cc: All parties of record

PI-2475396 v1