# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 10-114 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kenneth Lowson | Final Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Clerk of the Court, United States District Court, District of New Jersey

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Mitchell H. Cohen U.S. Courthouse One John F. Gerry Plaza One John F. Jerry Plaza, Room 1050, Trenton, NJ

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Evan S. Weitz
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CATS ID NUMBER: 10-FBI-003651

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 973-645-2740
DATE: 1/6/12

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 50
District to Serve No.: 50

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Debbie Amato

Date: 1/23/2012    Time: 3:PM ☑ pm

Signature of U.S. Marshal or Deputy

Amount owed to U.S. Marshal or (Amount of Refund): $0.00

REMARKS: Clerk of court

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 12/80