PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kenneth James Lowson

Cr.: CR10-00114
PACTS Number: 57327

Name of Sentencing Judicial Officer:  Honorable Katharine S. Hayden

Date of Original Sentence:  06/09/11

Original Offense:  Conspiracy to Commit Wire Fraud to Obtain Unauthorized Access to Computers

Original Sentence:  2 years probation. $100 special assessment imposed. Special conditions: 1) 300 hours community service; 2) alcohol/drug testing and treatment; 3) cooperate with the Internal Revenue Service; and, 4) mental health evaluation and treatment.

Type of Supervision:  Probation                                          Date Supervision Commenced: 06/09/11

### PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows.  The addition of the following special condition(s):

RESIDENTIAL REENTRY CENTER PLACEMENT  (3 months WITHOUT weekend privileges)

You shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility.  You shall not be eligible for weekend privileges.  You shall pay subsistence as required by the program.

### CAUSE

A urine specimen/sweat patch submitted by Lowson on March 28, 2012, returned positive for the presence of marijuana.  Additionally, the probation officer observed Lowson intoxicated on a combination of sleep, pain, and anxiety medications, thus raising suspicion that the offender may be abusing prescription medications.  Lowson was referred to Phase I of a random drug testing program pending placement into a Residential Reentry Center, where he will engage in substance abuse treatment.

Respectfully submitted,

Adriana Garcia O'Hara
2012.05.04 06:43:15 -04'00'
By:  Adriana Garcia
       U.S. Probation Officer
Date:  05/02/12  Maureen Kelly

PROB 12B - Page 2
Kenneth James Lowson

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
**Signature of Judicial Officer**

_____
Date