PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kenneth James Lowson        Cr.: CR10-00114
       PACTS Number: 57327

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 06/09/11

Original Offense: Conspiracy to Commit Wire Fraud to Obtain Unauthorized Access to Computers

Original Sentence: 2 years probation. $100 special assessment imposed. Special conditions: 1) 300 hours community service; 2) alcohol/drug testing and treatment; 3) cooperate with the Internal Revenue Service; and, 4) mental health evaluation and treatment.

Type of Supervision: Probation        Date Supervision Commenced: 06/09/11

## PETITIONING THE COURT

[ ]    To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

You shall reside for a period of 3 months in a community corrections center, halfway house, or similar residential facility and shall observe all the rules of the facility. You shall be eligible for weekend privileges. You shall not pay subsistence as required by the program.

## CAUSE

Lowson submitted to drug testing on March 28, 2012, which returned positive for the presence of marijuana. The offender is participating in a random drug testing program and is pending placement into the residential re-entry center where he will participate in substance abuse treatment.

Respectfully submitted,

By: Adriana Garcia
     Adriana Garcia O'Hara
     2012.05.30 22:34:10
U.S. Probation Officer
Date: 05/25/12

PROB 12B - Page 2

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

June 25 2012
_____
Date